SPARKILL REALTY CORPORATION et al., Respondents, *v.* STATE OF NEW YORK, Appellant.

(Claim No. 19587.)

Argued October 19, 1938; decided November 29, 1938.

*John J. Bennett, Jr., Attorney-General (Walter H. Pollak, Leon M. Layden, Mordecai Rochlin* and *Henry Epstein* of counsel), for appellant.

*Jackson A. Dykman, Benjamin McClung, Sigourney B. Olney* and *Henry J. Hemmens* for respondents.

Judgment affirmed, with costs; no opinion. (See 268 N. Y. 192.)

Concur: CRANE, Ch. J., O'BRIEN, HUBBS and RIPPEY, JJ.; LEHMAN, LOUGHRAN and FINCH, JJ., dissent on the ground that the evidence is insufficient as matter of law to sustain the findings of value.